No. 64408.—R. C. Allen Business Machines, Inc. v. United States, protest 58/25402–9821 (Chicago).

Opinion by LAWRENCE, J.   The protest was dismissed.

No. 64409.—Dorf International, Inc. v. United States, protest 58/25471–10470 (Chicago).

Opinion by LAWRENCE, J.   The protest was dismissed.

No. 64410.—J. E. Bernard & Co., Inc. v. United States, protests 59/15609–10931, 59/15610–10935, and 59/29895–11104 (Chicago).

Opinion by LAWRENCE, J.   The protests were dismissed.